# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GABRIAL WILLIAMS,

    Petitioner,

  v.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 3:20-cv-00405-RCJ-WGC

**ORDER**

    On September 22, 2020, the court denied petitioner's application to proceed in forma pauperis and directed him to pay the $5.00 filing fee for a petition for a writ of habeas corpus. ECF No. 3. The court also directed petitioner to file a habeas corpus petition because, although he sent an application to proceed in forma pauperis, he did not send a petition itself. Id. Petitioner has not complied with any of the court's orders in the allotted time. The court will dismiss the action. The dismissal will be without prejudice, but the court makes no statement whether any subsequently commenced action will be timely under 28 U.S.C. § 2244(d)(1). See Sossa v. Diaz, 729 F.3d 1225, 1235 (9th Cir. 2013).

    Reasonable jurists would not find the court's determination to be debatable or wrong, and the court will not issue a certificate of appealability.

1   IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice for
2 petitioner's failure to pay the filing fee and to file an petition for writ of habeas corpus. The clerk
3 of the court is directed to enter judgment accordingly and to close this action.
4   IT FURTHER IS ORDERED that a certificate of appealability will not issue.
5   DATED:   December 8, 2020.

_____
ROBERT C. JONES
United States District Judge